**UNITED STATES of America,**
**Appellant,**

v.

**Thomas HILL, Defendant, Appellee.**

No. 01–1336.

United States Court of Appeals,
First Circuit.

Oct. 23, 2001.

F. Mark Terison, Senior Litigation Counsel, with whom Paula D. Silsby, United States Attorney, was on brief, for appellant.

James S. Nixon, with whom Gross, Minsky & Mogul, P.A. was on brief, for appellee.

Before SELYA, Circuit Judge, STAHL, Senior Circuit Judge, and DOUMAR,* Senior District Judge.

PER CURIAM.

This appeal was argued on September 14, 2001, in conjunction with several other

---

* Of the Eastern District of Virginia, sitting by designation.

* Of the Eastern District of Virginia, sitting by designation.

appeals raising the same principal question: does an undifferentiated conviction under Maine's general-purpose assault statute, Me.Rev.Stat. Ann. tit. 17–A, § 207, constitute a conviction for a misdemeanor crime of domestic violence within the purview of 18 U.S.C. § 922(g)(9)? We answered that question affirmatively in *United States v. Nason,* 269 F.3d 10 (1st Cir.2001). *Nason* is fully dispositive here. Accordingly, the government's appeal is sustained, the district court's dismissal of the indictment is reversed, and the case is remanded for further proceedings consistent with the rule announced in *Nason.*

*Reversed and remanded.*